IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>EXTREME ASSOCIATES, INC.,  )<br>ROBERT ZICARI    )<br>  a/k/a Rob Black   )<br>JANET ROMANO    )<br>  a/k/a Lizzie Borden   ) | Criminal No. 03-203 |

ORDER OF COURT

AND NOW, this 10th day of Dec, 2006, upon consideration of the Joint Motion Submitting Proposed Pretrial Order, the following schedule for the submission of pleadings, briefs and other legal documents is hereby ORDERED as follows:

1.  Pretrial motions with accompanying briefs, other than as set forth below, are due on or before February 1, 2007. Responses thereto are due on or before March 15, 2007. Any reply brief shall be filed on or before April 1, 2007.

2.  All *motions in limine*, wherein the moving party seeks a pretrial ruling on the admissibility of certain evidence, shall be filed on or before May 1, 2007. Responses to such motions are due on or before May 22, 2007. Any reply brief shall be filed on or before June 1, 2007.

3.  The parties shall meet with a view toward submitting to the Court an agreed upon jury questionnaire, to be mailed to a potential pool of jurors well in advance of trial. This proposed jury questionnaire shall be submitted to the Court on or before

March 1, 2007. Each party may submit additional proposed questions to which the other side has not agreed.

   4. On or before May 1, 2007, the parties shall exchange the names of their anticipated expert witnesses, along with the accompanying material required by Rule 16(a)(1)(G) and Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

   5. Each party shall submit proposed jury instructions and proposed voir dire questions to the Court on the date three weeks prior to the trial date. Any responses by the opposing party to the proposed jury instructions or the proposed voir dire questions shall be submitted on the date two weeks prior to the trial date.

   6. Trial briefs which any party wishes to submit shall be filed on or before the date three weeks prior to the trial date.

                    /s/ Gary L. Lancaster
                    GARY L. LANCASTER
                    UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record