IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-203 |
| ) | |
| EXTREME ASSOCIATES, INC., ) | |
| ROBERT ZICARI ) | |
|   a/k/a Rob Black ) | |
| JANET ROMANO ) | |
|   a/k/a Lizzie Borden ) | |

## ORDER OF COURT

AND NOW, this 7th day of October, 2008, upon consideration of the Joint Motion Submitting Proposed Case Management Order, the following schedule is hereby set forth as follows:

1. The parties shall confer and then submit a Joint Memorandum identifying anticipated evidentiary issues which may arise before or during trial. The Joint Memorandum shall be due on or before November 14, 2008.

2. The Court shall hold oral argument and/or an evidentiary hearing regarding any outstanding motions on December 15, 2008 at 10 a.m..

3. Proposed jury instructions and proposed voir dire questions shall be submitted to the Court on or before January 14, 2009.

4. The Court shall hold a pretrial conference on January 30, 2009, at 10 a.m..

5. Trial of the case shall commence with jury selection beginning on Monday, **March 16, 2009** at 9:30 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, PA.

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record