IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES, | : | Case No. 03-203 |
| Plaintiff, | : | |
| V. | : | |
| EXTREME ASSOCIATES, INC., ROBERT ZICARI, and JANET ROMANO, | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR
RECOMMENDATION TO THE
BUREAU OF PRISONS**

Come now Defendants, Robert Zicari and Janet Romano, by and through counsel, and respectfully move the Court to make a recommendation to the Bureau of Prisons of a facility at which Defendants will serve their sentences. In support of this motion, Defendants state as follows:

1. Defendants Robert Zicari and Janet Romano are married and presently reside in the Los Angeles, California area.

2. Mr. Zicari requests that the Court recommend he serve his sentence at FCI Lompoc in Lompoc, California.

3. Ms. Romano requests that the Court recommend she server her sentence at FCI Victorville in Adelanto, California.

4. Having Mr Zicari and Ms. Romano serving their sentences in a similar geographic area will better enable their family members who reside outside California to visit them both on a single trip.

WHEREFORE, Defendants move the Court for a recommendation that Mr. Zicari be placed at FCI Lompoc and that Ms. Romano be placed at FCI Victorville.

Respectfully submitted,

/s/ Jennifer M. Kinsley
H. LOUIS SIRKIN (Ohio Bar No. 0024573)
JENNIFER M. KINSLEY (Ohio Bar No. 0071629)
SIRKIN PINALES & SCHWARTZ LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202-2776
Telephone: (513) 721-4876

WARNER MARIANI (Pa. No. 61968)
445 Ft. Pitt Boulevard, Suite 100
Pittsburgh, Pennsylvania 15219
Telephone: (412) 355-0930

Counsel for Defendants

AND NOW, THIS 7th DAY OF July 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS GRANTED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE